## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01496-SKC

MARK B. CONLAN, Receiver,

    Plaintiff,

v.

ALTERNATIVE ASSET MANAGEMENT CORP. et al.,

    Defendants.

## NOTICE OF VOLUNTARY DISMISSAL
## AS TO DEFENDANT MARTA NYSTROM
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41

**PLEASE TAKE NOTICE** that Mark B. Conlan, as the Court-appointed substitute receiver, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above-captioned avoidance action without prejudice and without costs ***as to Defendant Marta Nystrom only***. No answer or motion for summary judgment to the Complaint has been filed by the Defendant Marta Nystrom.

                                    Respectfully submitted,

Dated: October 19, 2022          **GIBBONS P.C.**

                                  By: */s/ Michael A. Conforti*
                                       Michael A. Conforti, Esq.
                                       One Gateway Center
                                       Newark, New Jersey 07102
                                       (973) 596-4729
                                       mconforti@gibbonslaw.com

                                       *Counsel to Mark B. Conlan, as Receiver*