IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01496-SKC

MARK B. CONLAN, Receiver,

    Plaintiff,

v.

ALTERNATIVE ASSET MANAGEMENT LTD. et al.,

    Defendants.

**NOTICE OF VOLUNTARY DISMISSAL
AS TO DEFENDANT CROWN FINANCIAL SERVICES AND
AS TO DEFENDANT CROWN PRIVATE LIMITED
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41**

**PLEASE TAKE NOTICE** that Mark B. Conlan, as the Court-appointed substitute receiver, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above-captioned avoidance action without prejudice and without costs ***as to Defendant Crown Financial Services and Defendant Crown Private Limited only***. No answer or motion for summary judgment to the Complaint has been filed by Defendant Crown Financial Services or by Defendant Crown Private Limited.

        Respectfully submitted,

Dated:  November 22, 2022      **GIBBONS P.C.**

      By:  */s/ Michael A. Conforti*
          Michael A. Conforti, Esq.
          One Gateway Center
          Newark, New Jersey 07102
          (973) 596-4729
          mconforti@gibbonslaw.com

      *Counsel to Mark B. Conlan, as Receiver*