**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

SEC Civil Action No.: 1:19-cv-02594-RM-SKC
**Avoidance Action No.: 1:22-cv-01496-SKC**

MARK B. CONLAN, Receiver,

    Plaintiff,

v.

ALTERNATIVE ASSET MANAGEMENT LTD. *et al.*,

    Broker Defendants.

**NOTICE OF VOLUNTARY DISMISSAL
AS TO DEFENDANT PHENOM VENTURES LLC
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41**

**PLEASE TAKE NOTICE** that Mark B. Conlan, as the Court-appointed substitute receiver, pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i), hereby dismisses the above-captioned avoidance action without prejudice and without costs ***as to Defendant Phenom Ventures LLC only***. No answer or motion for summary judgment to the Complaint has been filed by Defendant Phenom Ventures LLC.

Dated: March 29, 2023        **GIBBONS P.C.**

                                          By: */s/ Michael A. Conforti*
                                              Michael A. Conforti, Esq.
                                              One Gateway Center
                                              Newark, New Jersey 07102
                                              Phone: (973) 596-4729
                                              Email: mconforti@gibbonslaw.com

                                              *Counsel to Mark B. Conlan, as Receiver*