**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

SEC Civil Action No.:  1:19-cv-02594-RM-SKC
**Avoidance Action No.:  1:22-cv-01496-SKC**

MARK B. CONLAN, Receiver,

    Plaintiff,

v.

ALTERNATIVE ASSET MANAGEMENT LTD., *et al.*,

    Broker Defendants.

**NOTICE OF VOLUNTARY DISMISSAL
AS TO DEFENDANT ALTERNATIVE ASSET MANAGEMENT LTD.
<u>PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41</u>**

**PLEASE TAKE NOTICE** that Mark B. Conlan, as the Court-appointed substitute receiver, pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i), hereby dismisses the above-captioned avoidance action without prejudice and without costs ***<u>as to Defendant Alternative Asset Management Ltd. only</u>***.  No answer or motion for summary judgment to the Complaint has been filed by Defendant Alternative Asset Management Ltd.

Dated:  April 10, 2023          **GIBBONS P.C.**

                                        By: */s/ Michael A. Conforti*
                                               Michael A. Conforti, Esq.
                                               One Gateway Center
                                               Newark, New Jersey 07102
                                               Phone: (973) 596-4729
                                               Email: mconforti@gibbonslaw.com

                                               *Counsel to Mark B. Conlan, as Receiver*